In the Matter of LOOMIS BURRELL et al., as Trustees of the BURRELL INVESTMENT TRUST, Petitioners, against THOMAS H. LYNCH et al., Constituting the State Tax Commission, Respondents.— Motion for resettlement of an order entered herein on December 3, 1948. The court directs that this matter be reargued at the January, 1949, Term of this court. Present — Hill, P. J., Brewster, Foster, Russell and Deyo, JJ. [See ante, p. 347; post, p. 1076.]

In the Matter of CHARLES J. COHEN, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for stay pending appeal to the Court of Appeals. Motion granted. Present — Hill, P. J., Brewster, Foster, Russell and Deyo, JJ. [See ante, p. 952.]

IRVING S. MARKS, Appellant, v. PROVIDENT MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ. [See ante, p. 368.]